IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

JAN 1 2 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:06-CR-0061 |
| | § | |
| DALE ANDREW BESSOLO | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING DEFENDANT'S MOTION TO SUPPRESS

On December 22, 2006, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress filed by defendant DALE ANDREW BESSOLO be denied. On January 9, 2007, defendant filed objections to the Report and Recommendation. As of this date, the government has not submitted any objections.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by defendant is DENIED.

IT IS SO ORDERED.

ENTERED this ___12th___ day of ___January___ 2007.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE